■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN BROOKS, Appellant. [19 NYS3d 435]—Appeal by the defendant from a resentence of the Supreme Court, Queens County (Buchter, J.), imposed June 26, 2012, upon his convic-

tions of murder in the second degree (two counts), robbery in the first degree, robbery in the second degree, and burglary in the first degree, upon a jury verdict, the resentence being periods of postrelease supervision in addition to the determinate terms of imprisonment previously imposed by the same court on March 18, 2002.

Ordered that the resentence is affirmed.

Since the defendant had not yet completed his originally imposed sentence of imprisonment when he was resentenced, his resentencing to include statutorily required periods of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*, 16 NY3d 621, 630-633 [2011]; *People v Kearney*, 116 AD3d 1064 [2014]; *People v Rogers*, 105 AD3d 776, 777 [2013]). Leventhal, J.P., Austin, Roman, Miller and Barros, JJ., concur.